

1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Craig Crandall

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br><br>       Plaintiff,<br><br>   vs.<br><br>TEXAS TURKEYS, INC. dba ARMADILLO WILLY'S, et al.,<br><br>       Defendants. | No. 5:15-cv-02715-EJD<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Craig Crandall and Defendants Texas Turkeys, Inc. dba Armadillo Willy's; and Main Street Shopping Center, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

The Clerk shall close this file.

Date: October 12, 2015                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff
                                          Craig Crandall


Date: October 12, 2015                    CORFEE STONE & ASSOCIATES


                                          */s/ Catherine M. Corfee*
                                          Catherine M. Corfee
                                          Attorneys for Defendants
                                          Texas Turkeys, Inc. dba Armadillo Willy's;
                                          and Main Street Shopping Center, LLC